

RICHARD A. HARPOOTLIAN
RAH@HARPOOTLIANLAW.COM

CHRISTOPHER P. KENNEY
CPK@HARPOOTLIANLAW.COM

JAMIE L. HARPOOTLIAN*
OF COUNSEL
*ADMITTED IN LOUISIANA

OFFICE
1410 LAUREL STREET
COLUMBIA, SC
29201

MAILING ADDRESS
POST OFFICE BOX 1090
COLUMBIA, SC
29202

DIRECT CONTACT
TELEPHONE (803) 252-4848
FACSIMILE (803) 252-4810
TOLL FREE (866) 706-3997

ONLINE
HARPOOTLIANLAW.COM

May 31, 2016

The Honorable Joseph F. Anderson Jr.
U.S. District Court
P.O. Box 447
Columbia South Carolina 29202-0447

    In re: USA v. Gregorio M. Leon
          Docket No.: 3:15CR00009P-001

Dear Judge Anderson:

Please enclosed find an Order from Mr. Leon's state court case which we will be presenting at the hearing tomorrow.

With warm personal regards, I am

              Sincerely,

              Richard A. Harpootlian

RAH:hm
Enclosure
cc:   Jim May, U.S. Attorney's Office
       Jay Richardson, U.S. Attorney's Office
       Eric Bland, Esq.

COPY

FILED
2016 FEB 25 PM 1:47
BETH A. CARRIGG
CLERK OF COURT
LEXINGTON SC

STATE OF SOUTH CAROLINA ) IN THE COURT OF GENERAL SESSIONS
) FOR THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF LEXINGTON )

The State of South Carolina, ) Warrant Nos.: 2016A3220500119
) 2016A3220500120
vs. ) 2016A3220500121
) 2016A3220500122
Gregorio M. Leon, Jr. )
) **ORDER**
     Defendant. )

On February 15, 2016, Leon was arrested and charged with murder (2016A3220500119); attempted murder (2016A3220500120); possession of a weapon during a violent crime (2016A3220500121); and discharging a firearm into an occupied vehicle (2016A3220500122). Defendant Gregoria M. Leon, Jr. (hereinafter referred to as "Leon") is currently detained at the Alvin S. Glenn Detention Center in Richland County, South Carolina awaiting bond.

On February 19, 2016, this matter came before the Court on Leon's motion for bond. At the hearing, the State was represented by Eleventh Judicial Circuit Solicitor, Donald V. Myers and Leon was represented by Richard A. Harpootlian and Eric S. Bland.

After considering the motion for bond, the Court finds the following:

1. Leon is a naturalized United States Citizen and is a citizen and resident of Lexington County, South Carolina.

2. Leon is married to Maria R. Leon and has six children ranging from 7 – 23 years of age.

3. Leon's parents and sibling reside in Lexington County, South Carolina.

4. At the bond hearing, Leon's wife, six children, father and his nine siblings and their families appeared in support of Leon's release from jail.

A TRUE COPY
Lex. Co. C.C.P., G.S. & F.C.

1

5. Leon is the sole owner and operator of eight well established restaurants in Lexington, Richland, Newberry, and Orangeburg counties where he employs over 115 individuals.

6. Leon is solely responsible for the business and financial decisions and transactions necessary to keep these restaurants open and his employees employed.

7. Leon has never been arrested or convicted of any violent crime.

8. Leon's wife, Maria R. Leon, the victim of an attempted murder by Leon informed the court at the bond hearing she recommends bond be granted for her husband with restrictive conditions so he can continue to operate the restaurants to support her family and so the employees and vendors do not suffer.

9. October 15, 2015, Leon pled guilty in South Carolina General Sessions Court to a misdemeanor charge of Violation of the Ethics, Government Accountability and Campaign Reform Act. He was ordered to perform 200 hours of public service and given a probationary sentence. Leon has completed his hours of public service and his probationary sentence.

10. On November 18, 2015, Leon plead guilty in United States District Court to an Information. He was sentenced on January 28, 2016 to six months suspended to probation for a term of one year. Also, he was fined $180,000, which has been paid in full.

11. Leon appeared at all previous court dates with the state and federal jurisdictions and does not appear to be a risk of flight.

Based on the foregoing, IT IS HEREBY ORDERED Leon be granted bond with the following terms and conditions:

a. Leon must surrender his passport(s);

b. Leon is not permitted to leave the state of South Carolina and may only travel for work in Lexington, Richland, Newberry and Orangeburg counties;

c. Leon shall not possess any deadly weapons, including any weapons such as a gun or knife;

d. Leon shall reside at his parent's house located in Lexington, South Carolina;

e. Leon shall be permitted to travel to and from work or for any travel required as part of his job duties as a restaurateur on Tuesday – Sunday between the hours of 9:30 AM and 10:30 PM;

f. Leon shall be permitted to attend medical and legal appointments Monday – Friday during normal business hours, unless a medical emergency arises;

g. Leon shall be permitted to travel to and from worship services on the weekends, in addition to Monday through Friday;

h. In advance of each work week Leon shall submit his work schedule to the Eleventh Judicial Circuit Solicitor's office in order for him to continue operating his restaurants in Lexington, Richland, Newberry, and Orangeburg counties;

i. Prior to his release, Leon shall be fitted with an electronic monitor bracelet to track his location;

j. Leon may not have any contact directly or indirectly with Maria R. Leon;



3

k. Leon may only have contact with his minor children during visitation at his parent's residence located in Lexington, South Carolina; and,

l. He must post bond in the amount of $500,000.00 surety.

*Magistrate shall prepare all additional and necessary paperwork.*

IT IS SO ORDERED on this 25// day of February, 2016.

_____
The Honorable R. Knox McMahon
Presiding Judge

Orangeburg, South Carolina

4